IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00878-ZLW-KLM

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,
UMG RECORDINGS, INC., a Delaware corporation,
ARISTA RECORDS LLC, a Delaware limited liability company,
ZOMBA RECORDING LLC, a Delaware limited liability company, and
ATLANTIC RECORDING CORPORATION, a Delaware corporation,

      Plaintiffs,

v.

SHERRI ACEVEDO,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Motion to Vacate Scheduling Conference** [Docket No. 16; filed August 7, 2008] (the "Motion"). The Clerk entered default against Defendant on July 14, 2008 [Docket No. 13], and an application for entry of default judgment and injunctive relief is pending before the District Court [Docket No. 15].

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for August 21, 2008 at 11:00 a.m. is **vacated** and will be reset by the Court if appropriate.

      Dated: August 8, 2008